IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                    No. 5:10CR50069-001

JAVIER FERNANDEZ-AGUILAR                                                    DEFENDANT

## O R D E R

At the arraignment and plea conducted on the criminal indictment, the defendant agreed to waive the issue of detention pending the final disposition of the case; accordingly, the court considers the matter waived. The defendant is detained, subject to reconsideration on motion of defendant.

SO ORDERED this 29th day of July, 2010.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE